**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     FRANKLIN ALBERT BENNETT, III, | : | |
| | : | |
|     Debtor | : | Bky. No. 16-14281 ELF |

# O R D E R

**AND NOW**, after a hearing, and for the reasons stated in court,

It is hereby **ORDERED** that the Debtor's Objection to the Proof of Claim of the Pennsylvania Department of Revenue (Claim No. 3) (Doc. # 42), a claim superseded by an amended proof of claim, is **DENIED AS MOOT**.

Date: **January 5, 2017**

                                              **ERIC L. FRANK**
                                              **CHIEF U.S. BANKRUPTCY JUDGE**