United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Franklin Albert Bennett, III  
        Debtor

Case No. 16-14281-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Denine     Page 1 of 1     Date Rcvd: Jan 05, 2017  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2017.  
13826907       +Ford Credit,    1060 Andrew Drive, Suite 170,    West Chester, Pa 19380-5601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2017 at the address(es) listed below:

         ALEXANDRA T. GARCIA    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com  
         ANN E. SWARTZ    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,  
          ecfmail@mwc-law.com  
         ANN E. SWARTZ    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com,  
          ecfmail@mwc-law.com  
         DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE  
          PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)  
          bkgroup@kmllawgroup.com  
         FRANKLIN A. BENNETT, III    on behalf of Debtor Franklin Albert Bennett, III frank@bennettlaw.us,  
          robert@bennettlaw.us  
         JEROME B. BLANK    on behalf of Creditor    HSBC Bank Usa, N.A., As Trustee Etal paeb@fedphe.com  
         JOSEPH ANGEO DESSOYE    on behalf of Creditor    HSBC Bank Usa, N.A., As Trustee Etal  
          paeb@fedphe.com  
         MARIO J. HANYON    on behalf of Creditor    HSBC Bank Usa, N.A., As Trustee Etal paeb@fedphe.com  
         PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,  
          james.feighan@phila.gov  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,  
          philaecf@gmail.com  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                                                                    TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| FRANKLIN ALBERT BENNETT, III, | : | |
| | : | |
| Debtor | : | Bky. No. 16-14281 ELF |

## ORDER

AND NOW, Ford Motor Credit Co. having filed a proof of claim docketed on the Claims Register as Claim No. 9;

AND, the Debtor having filed an objection ("the Objection") to Claim No. 9;

AND, after a hearing;

It is hereby **ORDERED** that:

1. The Objection is **SUSTAINED IN PART and OVERRULED IN PART**.

2. Claim No. 9 is **ALLOWED** as a general unsecured unsecured claim in the amount of $2,138.26.[1]

---

[1]   The claim is based on a motor vehicle sales finance agreement dated October 20, 2010. Under the agreement, the Debtor financed $17,657.40 for the purchase of an automobile and agreed to make 48 monthly payments of $448.54. The first payment fell due in December 2010.

Based on the limited record made at the hearing, I infer that the Debtor's default occurred in thirty (30) months into the loan: in June 2013, four (4) months before the October 2013 re-sale of the automobile by the lender (following repossession).

Based on an amortization of the debt, the unpaid balance of the loan following the acceleration of the debt and repossession in June 2013 was $7,395.42. Interest at the legal rate of 6% for the four (4) months between repossession and re-sale increased the debt by $147.91 ($7,395.42 multiplied by 6% divided by 12 multiplied by 4), resulting in a balance of $7,543.33 as of the October re-sale. That re-sale netted $5,700.00, reducing the debt to $1,843.33.

The claimant is entitled to interest at the legal rate from October 2013 through the filing of the Debtor's bankruptcy case in June 2016. That additional interest is $294.49 ($1,843.33 multiplied by 6%, divided by 12, multiplied by 32 months). Therefore, the total claim amounts to $2,138.26 ($1,843.33 plus $294.49).

-1-

Date: **January 5, 2017**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**