Notice of Claim Sub

10/27/00

**WWR# 21331272**

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | | Case No 16-14281-elf |
| Franklin Albert Bennett, III | Debtor | CHAPTER 13 |
| PNC Bank, NA. | Movant | |
| Franklin Albert Bennett, III
William C. Miller, Trustee | Respondents | |

**CERTIFICATE OF SERVICE**

I, Keri P. Ebeck, attorney for Movant, do hereby certify that true and correct copies of the Notice have been served on 01/18/2017, by first class mail, postage prepaid from Pittsburgh, Pennsylvania, upon those listed below:

Debtor:
Franklin Albert Bennett, III, 1024 East Howell Street, Philadelphia, PA 19149

Debtors' Counsel:
Franklin A. Bennett, III 4700-12 Castor Avenue, Philadelphia, PA 19124

Trustee:
William C. Miller, 1234 Market Street, Suite 1813, Philadelphia, PA 19107

United States Trustee:
Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

Respectfully submitted,

BY: /s/ Keri P. Ebeck
PA I.D. No. 91298
Weltman, Weinberg & Reis Co., L.P.A.
436 7th Avenue
Suite 2500
Pittsburgh, PA 15219
(412) 434-7955