**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| FRANKLIN ALBERT BENNETT, III | : | BK. No. 16-14281 ELF |
| Debtor | : | |
| | : | Chapter No. 13 |
| HSBC BANK USA, N.A., AS TRUSTEE FOR | : | |
| THE REGISTERED HOLDERS OF | : | |
| RENAISSANCE HOME EQUITY LOAN | : | |
| TRUST 2006-1 | : | |
| Movant | : | 11 U.S.C. §362 and §1301 |
| v. | : | |
| FRANKLIN ALBERT BENNETT, III | : | |
| CARMEN JAMES BALTIERO (NON-FILING | : | |
| CO-MORTGAGOR) | : | |
| SANDRA BALTIERO (NON-FILING CO- | : | |
| MORTGAGOR) | : | |
| Respondent | : | |

**ORDER MODIFYING §362 AUTOMATIC STAY**

**AND NOW**, this 25th day of January 2017 upon Motion of **HSBC BANK USA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF RENAISSANCE HOME EQUITY LOAN TRUST 2006-1** (Movant), it is:

**ORDERED** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 2628 EAST HAROLD STREET, PHILADELPHIA, PA 19125(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that relief from any Co-Debtor stay under U.S.C. **§**1301(c) is hereby granted; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **HSBC BANK USA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF RENAISSANCE HOME EQUITY LOAN TRUST 2006-1** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**Order entered by default.**

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**