# IN THE UNITED STATES BANKRUPTCY COURT FOR THE

# EASTERN DISTRICT OF PENNSYLVANIA

In Re: Franklin A. Bennett III            Chapter 13

                                                 Case No. 16-14281

## FOURTH AMENDED CHAPTER 13 PLAN

This Plan is a 100% full pay plan. Debtor's Claims are:

|  | **Claim** | **Allowed** | **Interest** | **Months/Total Interest** | **Total Plan** |
|---|---|---|---|---|---|
| 1. | ACAR LEASING LTD | $3,500.00 | 2%($6mo) | x 53 Months ($318) | $3,818.00 |
| 2. | Philadelphia Gas Works | **$803.88*** |  | *Immediate Pay | **$803.88*** |
| 3. | Pa Department Of Revenue | $0.00 |  |  | $0.00 |
| 4. | City of Philadelphia | **$19,829.63** |  | Stipulation *Immediate Pay | **$19,829.63*** |
| 5. | Water Revenue Bureau | **$1,240.09*** |  | *Immediate Pay | **$1,240.09*** |
| 6. | PECO | **$2,980.16*** |  | *Immediate Pay | **$2,980.16*** |
| 7. | BOA (4712 Castor- Stip.) | $167,500.00 | 4% ($558mo) | x 53 Months ($29,574) | $197,074 |
| 8. | HSBC (Surrender) | $0.00 |  |  | $0.00 |
| 9. | Ford Motor Credit | $2,140.00 | 2% ($4mo) | x 53 Months ($212) | $2,352.00 |
| 10. | CitiMTG, Inc. (516 Brookview) | $10,000.00 | 2%($17mo) | x 53 Months ($900) | $10,900.00 |
| 11. | PNC (2008 GMC Yukon) | $10,150.00 | 2% (17mo | x 53 Months ($900) | $11,050.00 |
|  |  | **$210,993.76** |  | **$31,269** | **$250,044.76** |

Debtor shall pay taxes and insurance for 4712 Castor Avenue going forward.

Trustee shall make ***Immediate payment** of Claims 2, 5, 6 along with Claim 4 per Stipulation **totaling $24,853.76** to satisfy said claims.

The **Remaining Plan Balance** of ($242,262.76-$24,853.76) **$225,191** shall be paid over 53 remaining months equaling **$4,250** mo and the trustee's Commission shall not exceed 10% **($425)**. Totaling $**4,675.00**

Commencing 2/5/16 Debtor shall pay $**4,675.00** per month for the next 53 months.

Payment of Claim 10- CitiMortgage, Inc. and or its predecessors or d/b/a or successors and or assigns shall satisfy claimant's alleged mortgage on 516 Brookview Road, Exton, PA.

Debtor shall continue to pay Shell Point Mortgage Servicing- Debtor currant- 821 Glenview and Debtor surrenders 1046 East Howell Street.

The future earnings of the Debtor are submitted to the supervision and control of the Court. Debtor shall continue to renovate properties owned and may seek court approval to liquidate any property held and the liquidated funds shall be used to pay off the plan early. Title to the Debtor's Property shall revest in the Debtor on confirmation of the plan.

*2/20/17   /s Franklin A. Bennett III*