WWR# 21331272

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER NO. 13 |
| Franklin Albert Bennett, III | ) | |
| | ) | BANKRUPTCY NO. 16-14281-elf |
| Debtor | ) | |
| | ) | Nature of Proceeding |
| PNC Bank, NA. | ) | Objection to Confirmation of Plan |
| Movant | ) | |
| | ) | Related to Document # 88 |

## **PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN**

CHECK ONE:

☒    The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

Dated  02/28/2017

/s/ Keri P. Ebeck
Keri P. Ebeck
Weltman, Weinberg & Reis Co. L.P.A.
436 Seventh Avenue
Suite 2500
Pittsburgh, PA 15219
Attorney for Movant