# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Franklin Albert Bennett, III,  
Debtor.

Chapter 13  
Case No. 16-14281-elf

## CERTIFICATE OF SERVICE

I, Franklin A. Bennett III, hereby certify that on 2/21/17, a true and correct copy of the Debtors 5th Amended Plan was filed electronically and is available for viewing and downloading from the ECF system. I further certify that all parties of record are participants in, and will receive electronic service through the ECF system. Further certify that I mailed a copy to:

CLAIM #1  
ACAR LEASING LTD d/b/a GM Financial Leasing  
PO Box 183853  
Arlinton, TX 76096

CLAIM #2  
Philadelphia Gas Works  
Attn: Bankruptcy Department  
800 W Montgomery Ave, 3rd Floor  
Philadelphia, PA 19122  
+ Electronic Medium via PACER to PAMELA ELCHERT THURMOND  
Marissa.OConnell@phila.gov and Pamela.Thurmond@Phila.gov

CLAIM #3  
PENNSYLVANIA DEPARTMENT OF REVENUE  
Bankruptcy Division  
PO Box 280946  
Harrisburg, PA 17128

CLAIM #4  
CITY OF PHILADELPHIA  
Marissa O'Connell  
1401 JFK Blvd, 5th Fl  
Philadelphia, PA 19102

+ Electronic Medium via PACER to PAMELA ELCHERT THURMOND
Marissa.OConnell@phila.gov and
Pamela.Thurmond@Phila.gov

CLAIM #5
Water Revenue Bureau
Marissa O'Connell
1401 JFK Blvd, 5th Floor
Philadelphia, PA 19102
+ Electronic Medium via PACER to PAMELA ELCHERT THURMOND
Marissa.OConnell@phila.gov and
Pamela.Thurmond@Phila.gov

CLAIM #6
PECO Energy Company
2301 Market Street, S23-1
Philadelphia, PA 19103
+ Electronic Medium via PACER to PAMELA ELCHERT THURMOND
Marissa.OConnell@phila.gov and
Pamela.Thurmond@Phila.gov

CLAIM # 7
BANK OF AMERICA
PO Box 31785
Tampa, FL 33631
+ Electronic Medium via PACER to CELINE P. DERKRIKORIAN ecfmail@mwc-law.com; ANN E. SWARTZ; ecfmail@mwc-law.com, ecfmail@mwc-law.com; ALEXANDRA T. GARCIA ecfmail@mwc-law.com

CLAIM #8
Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
PO Box 24605
West Palm Beach, FL 33416-4605

CLAIM #9
FORD MOTOR CREDIT
1060 Andrew Drive, Suite 170
West Chester, PA 19380

CLAIM #10
Ford Motor Credit Company LLC
1060 Andrew Drive, Suite 170
West Chester, PA 19380

CLAIM #11
PNC Bank, National Association
P.O. Box 94982
Cleveland, OH 44101
+ Electronic Medium via PACER to KERI P EBECK kebeck@weltman.com,
jbluemle@weltman.com

CLAIM #12
PHFA Loan Servicing Division
211 North Front Street
Harrisburg, PA 17101
+ Electronic Medium via PACER to DENISE ELIZABETH CARLON
bkgroup@kmllawgroup.com

**Respectfully submitted,**

**BENNETT & ASSOCIATES, LLC**

**/s Franklin A. Bennett III**
Franklin A. Bennett III, Esq.  (201709)
Attorney and Debtor
4712 Castor Avenue
Philadelphia, PA 19124
215-744-5550 (office)
866-297-6710 (fax)