United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-14281-elf
Franklin Albert Bennett, III                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Denine | Page 1 of 1 | Date Rcvd: Mar 24, 2017 |
|---|---|---|---|
| | Form ID: 155 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2017.
db            +Franklin Albert Bennett, III,    1024 East Howell Street,    Phladelphia, PA 19149-3616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 24, 2017 at the address(es) listed below:
      ALEXANDRA T. GARCIA    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com
      ANN E. SWARTZ     on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,
       ecfmail@mwc-law.com
      ANN E. SWARTZ     on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com,
       ecfmail@mwc-law.com
      CELINE P. DERKRIKORIAN     on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
      DENISE ELIZABETH CARLON     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
       PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
       bkgroup@kmllawgroup.com
      FRANKLIN A. BENNETT, III    on behalf of Debtor Franklin Albert Bennett, III frank@bennettlaw.us,
       robert@bennettlaw.us
      JEROME B. BLANK     on behalf of Creditor    HSBC Bank Usa, N.A., As Trustee Etal paeb@fedphe.com
      JOSEPH ANGEO DESSOYE     on behalf of Creditor    HSBC Bank Usa, N.A., As Trustee Etal
       paeb@fedphe.com
      KERI P EBECK    on behalf of Creditor    PNC Bank, NA. kebeck@weltman.com,    jbluemle@weltman.com
      MARIO J. HANYON     on behalf of Creditor    HSBC Bank Usa, N.A., As Trustee Etal paeb@fedphe.com
      PAMELA ELCHERT THURMOND     on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
       james.feighan@phila.gov
      THOMAS I. PULEO     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
       PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
       tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
      WILLIAM C. MILLER     on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
       philaecf@gmail.com
                                                                     TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Franklin Albert Bennett, III
      Debtor(s)

Chapter: 13

Bankruptcy No: 16−14281−elf

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this March 21, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                            Eric L. Frank
                                            Chief Judge ,
                                            United States Bankruptcy Court

                                                                            118
                                                                      Form 155