UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Franklin Albert Bennett, III
      Bankruptcy No. 16-14281-elf
      Adversary No.
      Chapter      13

Date:  6/26/2017

To:      FRANKLIN A. BENNETT, III
      BENNETT & ASSOCIATES, LLC
      4700-12 Castor Avenue
      Philadelphia, PA 19124

## NOTICE OF INACCURATE FILING

Re:  Motion Debtors Motion to Amend Plan and Reinstate Automatic Stay

The above pleading was filed in this office on **6/24/2017.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )    Debtor's name does not match case number listed
- ( )    Debtor's name and/or case number (is) are missing
- ( )    Wrong PDF document attached
- ( )    PDF document  not legible
- (x)    Notice of Motion/Objection - **No Notice of Motion**
- ( )    Electronic Signature missing
- ( )    Other

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By:  **Jennifer Griffin**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04