**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Franklin A. Bennett III                                                                  Chapter 13
Debtor                                                                                          Case No. 16-14281

**SEVENTH AMENDED CHAPTER 13 PLAN**

This Plan is a 100% full pay plan. Debtor's Claims are:

| | Claim | Allowed | Interest | Months/Total Interest | Total Plan | Paid | Balance |
|---|---|---|---|---|---|---|---|
| 1. | ACAR LEASING LTD | $3,500.00 | 2%($6mo) | x 14 Months ($84) | $3,584.00 | $0.00 | $3,584.00 |
| 2. | Philadelphia Gas Works | $803.88* | | *Immediate Pay | $803.88 | $803.88 | $0.00 |
| 3. | Pa Department Of Revenue | $0.00 | | | $0.00 | $0.00 | $0.00 |
| 4. | City of Philadelphia | $19,829.63 | | *Immediate Pay | $19,829.63 | $19,829.63 | $0.00 |
| 5. | Water Revenue Bureau | $1,240.09* | | *Immediate Pay | $1,240.09 | $1,240.09 | $0.00 |
| 6. | PECO | $2,980.16* | | *Immediate Pay | $2,980.16 | $2,980.16 | $0.00 |
| 7. | BOA (4712 Castor- Stip.) | $167,500.00 | 4% ($558mo) | x 14 Months ($8,232) | $175,732.00 | $17,497.31 | $158,234.69 |
| 8. | HSBC | $0 | | | $0.00 | $0.00 | $0.00 |
| 9. | Ford Motor Credit | $2,140.00 | 2% ($4mo) | x 14 Months ($56) | $2,196.00 | $208.82 | $1,987.18 |
| 10. | CitiMTG, Inc. (516 Brookview) | $10,000.00 | 2%($17mo) | x 14 Months ($238) | $10,238.00 | $0.00 | $10,238.00 |
| 11. | PNC (2008 GMC Yukon) | $10,150.00 | 2% (17mo) | x 53 Months ($238) | $11,288.00 | $981.08 | $10,306.92 |
| | | **$218,143.76** | | **$8,848.00** | **$226,891.76** | **$43,540.97** | **$184,350.79** |

Trustee has been paid **$3,982.46** and there is an available balance of **$7,788.56** with the Trustee totaling **$55,312.00** in payments.

The Balance of the Bankruptcy Plan is **$176,562.23. ($184,350.79 -$7,788.56)**

Debtor shall sell 4700-12 Castor Avenue for $230,000.00 and pay the balance owed to the Claim 7. Bank of America at the settlement table of **$158,234.69** to receive a satisfaction piece for both mortgages claimed. Debtor shall pay the remaining balance of the bankruptcy plan at the settlement table of **$18,327.54 plus 10% of 1,832.75** totaling **$20,160.29** to the trustee. The remaining proceeds of the sale of shall be disbursed to Debtor.

CitiMortgage, Inc. (Claim 10) Shall file a satisfaction piece for any mortgage claimed on 516 Brookview Road, Exton, PA.

Upon payment as indicated the Debtor shall be discharged.

*7/11/17        /s Franklin A. Bennett III*