**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Franklin A. Bennett III                    Chapter 13

Case No. Case No. 16-14281

**AMENDED NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING
DATE WITH CERTIFICATE OF SERVICE**

Franklin A. Bennett III has filed a DEBTOR'S MOTION AMEND PLAN AND REINSTATE

AUTOMATIC STAY with the Court.

　　　Your rights may be affected.  You should read these papers carefully and discuss

them with your attorney, if you have one in this bankruptcy case.  (If you do not have an

attorney, you may wish to consult with an attorney.)

　　　1. If you do not want the Court to grant the relief sought in the motion or if you

want the Court to consider your views on the DEBTOR'S MOTION AMEND PLAN AND

REINSTATE AUTOMATIC STAY, then on or before **8/11/17** you or your attorney must:

　　　File an answer explaining your position at:

Clerk of the Court
United States Bankruptcy Court
Eastern District of Pennsylvania
900 Market Street
Philadelphia, PA 19107

If you mail your answer to the Court for filing, you must mail it early enough so the

Court will **receive** it on or before the date stated above.

You must also mail a copy to:

Franklin A. Bennett III (201739)
Attorney for Debtors
BENNETT & ASSOCIATES, LLC
4712 Castor Avenue
Philadelphia, PA 19124
215-744-5550 (o)

2. If you or your attorney do not take these steps and attend the hearing, the Court may enter an order granting that relief requested in the motion.

3. **A hearing on the motion is scheduled to be held before the Chief Judge Eric L. Frank on August 15, 2017 at 1:00pm in Courtroom 1, United States Bankruptcy Court, Eastern District of Pennsylvania, 900 Market Street, Philadelphia, PA 19107.**  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: 7/11/17

/s *Franklin A. Bennett III*          .
Franklin A. Bennett III (201739)
Attorney for Debtor
BENNETT & ASSOCIATES, LLC
4700-12 Castor Avenue
Philadelphia, PA 19124
215-744-5550 (o)

## PROOF OF SERVICE

I hereby certify that a true and correct copy of the attached and supporting documents were served by Electronic Medium as applicable and provide for by local court rule on all the parties of interest on the date listed below.


Dated: 7/11/17                          BY:      /s Franklin A. Bennett III
                                                 Franklin A. Bennett III, Esquire (201739)
                                                 Attorney for the Debtor
                                                 BENNETT & ASSOCIATES, LLC
                                                 4700-12 Castor Avenue
                                                 Philadelphia, Pennsylvania 19124
                                                 (215) 744-5550 (o)