## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Franklin A. Bennett III                    Chapter 13

                                                  Case No. 16-14281

### ORDER

**AND NOW**, this 16th day of August, 2017, upon consideration of Debtor's Motion to Sell Real Estate ("the Motion"), and after a hearing, it is hereby **ORDERED** that the Motion is **GRANTED** and, pursuant to 11 U.S.C. § 363(b) and the Debtor's confirmed chapter 13 plan, the Debtor is **AUTHORIZED** to sell the real property, 4700-12 Castor Avenue, Philadelphia, PA on the terms set forth in the Motion.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**