**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Franklin Albert Bennett, III<br><br>Debtor<br><br>Franklin Albert Bennett, III<br>Movant<br>vs.<br><br>Bank of America, N.A. or its Successor or Assignee<br>Respondent | Chapter 13<br>Bankruptcy No. 16-14281 ELF<br><br><br>Related to Document Nos. 128 &134 |

**ORDER APPROVING SETTLEMENT STIPULATION**

AND NOW, this __16th__ day of __August__, it appearing that Debtor, Franklin A. Bennett, III and Creditor/Respondent, Bank of America, N.A. have entered into a Stipulation to Settle *Debtor's Motion to Sell Real Estate 4700-12 Castor Avenue, Philadelphia, PA* (Doc. # 135), it is hereby

ORDERED that the Stipulation is approved.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**