United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 16-14281-elf
Franklin Albert Bennett, III   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Randi                    Page 1 of 1                   Date Rcvd: Aug 16, 2017
                               Form ID: pdf900                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2017.
db             +Franklin Albert Bennett, III,    1024 East Howell Street,    Phladelphia, PA 19149-3616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2017 at the address(es) listed below:
      ALEXANDRA T. GARCIA    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com
      ANN E. SWARTZ    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,
       ecfmail@mwc-law.com
      ANN E. SWARTZ    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com,
       ecfmail@mwc-law.com
      CELINE P. DERKRIKORIAN    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
      DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
       PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
       bkgroup@kmllawgroup.com
      FRANKLIN A. BENNETT, III    on behalf of Debtor Franklin Albert Bennett, III frank@bennettlaw.us,
       robert@bennettlaw.us
      JAMES RANDOLPH WOOD    on behalf of Creditor    West Whiteland Township jwood@portnoffonline.com,
       jwood@ecf.inforuptcy.com
      JEROME B. BLANK    on behalf of Creditor    HSBC Bank Usa, N.A., As Trustee Etal paeb@fedphe.com
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    HSBC Bank Usa, N.A., As Trustee Etal
       paeb@fedphe.com
      KERI P EBECK    on behalf of Creditor    PNC Bank, NA. kebeck@weltman.com,   jbluemle@weltman.com
      MARIO J. HANYON    on behalf of Creditor    HSBC Bank Usa, N.A., As Trustee Etal paeb@fedphe.com
      PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
       james.feighan@phila.gov
      THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
       PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
       tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                          TOTAL: 16

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Franklin A. Bennett III                    Chapter 13

                                                  Case No. 16-14281

## ORDER

**AND NOW**, this 16th day of August, 2017, upon consideration of Debtor's Motion to Sell Real Estate ("the Motion"), and after a hearing, it is hereby **ORDERED** that the Motion is **GRANTED** and, pursuant to 11 U.S.C. § 363(b) and the Debtor's confirmed chapter 13 plan, the Debtor is **AUTHORIZED** to sell the real property, 4700-12 Castor Avenue, Philadelphia, PA on the terms set forth in the Motion.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**