United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 16-14281-elf
Franklin Albert Bennett, III                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi              Page 1 of 1              Date Rcvd: Aug 16, 2017
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2017.
db             +Franklin Albert Bennett, III,    1024 East Howell Street,    Phladelphia, PA 19149-3616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2017 at the address(es) listed below:
          ALEXANDRA T. GARCIA    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com
          ANN E. SWARTZ    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,
           ecfmail@mwc-law.com
          ANN E. SWARTZ    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com,
           ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
           bkgroup@kmllawgroup.com
          FRANKLIN A. BENNETT, III    on behalf of Debtor Franklin Albert Bennett, III frank@bennettlaw.us,
           robert@bennettlaw.us
          JAMES RANDOLPH WOOD    on behalf of Creditor    West Whiteland Township jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          JEROME B. BLANK    on behalf of Creditor    HSBC Bank Usa, N.A., As Trustee Etal paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    HSBC Bank Usa, N.A., As Trustee Etal
           paeb@fedphe.com
          KERI P EBECK    on behalf of Creditor    PNC Bank, NA. kebeck@weltman.com,   jbluemle@weltman.com
          MARIO J. HANYON    on behalf of Creditor    HSBC Bank Usa, N.A., As Trustee Etal paeb@fedphe.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
           james.feighan@phila.gov
          THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
           tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 16

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Franklin Albert Bennett, III<br><br>Debtor<br><br>Franklin Albert Bennett, III<br>Movant<br>vs.<br><br>Bank of America, N.A. or its Successor or Assignee<br>Respondent | Chapter 13<br>Bankruptcy No. 16-14281 ELF<br><br><br>Related to Document Nos. 128 &134 |

## ORDER APPROVING SETTLEMENT STIPULATION

AND NOW, this __16th__ day of __August__, it appearing that Debtor, Franklin A. Bennett, III and Creditor/Respondent, Bank of America, N.A. have entered into a Stipulation to Settle *Debtor's Motion to Sell Real Estate 4700-12 Castor Avenue, Philadelphia, PA* (Doc. # 135), it is hereby

ORDERED that the Stipulation is approved.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**