**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    :         **Chapter 13**
   **FRANKLIN ALBERT BENNETT,**       :
      **Debtor**                  :         **Bky. No. 16-14281  ELF**

# O R D E R

   **AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the

Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

   It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Debtor's Amended Chapter 13 Plan (Doc. #131 ) is **APPROVED**.

**Date: August 22, 2017**

_____
   **ERIC L. FRANK**
   **CHIEF U.S. BANKRUPTCY JUDGE**