Case 16-14281-elf    Doc 159    Filed 02/06/18    Entered 02/06/18 15:37:03    Desc Main
Document    Page 1 of 3

**Fill in this information to identify your case:**

Debtor 1: Franklin A. Bennett III

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (if known): 16-14281

☐ Check if this is an amended filing

## Official Form 106D  *AMENDED*
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|
| **2.1** Bank of America, N.A.<br>Mail Stop: CA6-919-01-23<br>400 National Way<br>Simi Valley, CA 93065<br>Describes property: 4712 Castor Avenue<br>Claim is: ☑ Disputed<br>Nature of lien: ☑ An agreement you made (mortgage or secured car loan); ☑ Other: Mortgage | $167,500.00 | $167,500.00 | $0.00 |
| **2.2** Citibank, N.A., as trustee for the<br>C/O WELLS FARGO BANK N A<br>3476 STATEVIEW BLVD<br>FORT MILL, SC 29715<br>Describes property: 516 Brookview Road, Exton, PA 19341 (Account Number (0508233558))<br>Claim is: ☑ Disputed<br>Nature of lien: ☑ Other: Mortgage | $220,000.00 | $10,000.00 | $10,000.00 |

Add the dollar value of your entries in Column A on this page. Write that number here: **$387,500.00**

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of ___

Debtor 1: Franklin A. Bennett III

Case number (if known): 16-14281

## Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.3** PNC Bank, National Association
Creditor's Name
P.O. Box 94982
Number    Street

Cleveland    OH    44101
City    State    ZIP Code

Describe the property that secures the claim:
2008 GMC

$9,000.00    $9,000.00    $0.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number __ __ __ __

---

Shell Point Mortgage Servicing
Creditor's Name
PO Box 10826
Number    Street

Greenville    SC    29603
City    State    ZIP Code

Describe the property that secures the claim:
821 Glenview Street

$156,000.00    $156,000.00    $0.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number __ __ __ __

---

Creditor's Name _____
Number    Street _____

City _____ State ____ ZIP Code ____

Describe the property that secures the claim:

$_____    $_____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number __ __ __ __

---

Add the dollar value of your entries in Column A on this page. Write that number here: **$165,000.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: **$552,500.00**

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page ___ of ___

Debtor 1  **Franklin A. Bennett III**
First Name   Middle Name   Last Name

Case number *(if known)* 16-14281

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐
Name _____
Number  Street _____
_____
City _____ State ___ ZIP Code ___

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number __ __ __ __

☐
Name _____
Number  Street _____
_____
City _____ State ___ ZIP Code ___

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number __ __ __ __

☐
Name _____
Number  Street _____
_____
City _____ State ___ ZIP Code ___

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number __ __ __ __

☐
Name _____
Number  Street _____
_____
City _____ State ___ ZIP Code ___

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number __ __ __ __

☐
Name _____
Number  Street _____
_____
City _____ State ___ ZIP Code ___

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number __ __ __ __

☐
Name _____
Number  Street _____
_____
City _____ State ___ ZIP Code ___

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number __ __ __ __

Official Form 106D   Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**   page ___ of ___