**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Franklin A. Bennett III                                             Chapter 13
      Debtor                                                                   Case No. 16-14281

### EIGHTH AMENDED CHAPTER 13 PLAN

This Plan is a 100% full pay plan. Debtor's Claims are:

| # | Claim | Allowed | Interest | Months/Total Interest | Total Plan | Paid | Balance |
|---|---|---|---|---|---|---|---|
| 1. | ACAR LEASING LTD | $3,500.00 | 2%($6mo) | x 14 Months ($84) | $3,584.00 | $0.00 | $3,584.00 |
| 2. | Philadelphia Gas Works | $803.88* | | *Immediate Pay | $803.88 | $803.88 | $0.00 |
| 3. | Pa Department Of Revenue | $0.00 | | | $0.00 | $0.00 | $0.00 |
| 4. | City of Philadelphia | $19,829.63 | | *Immediate Pay | $19,829.63 | $19,829.63 | $0.00 |
| 5. | Water Revenue Bureau | $1,240.09* | | *Immediate Pay | $1,240.09 | $1,240.09 | $0.00 |
| 6. | PECO | $2,980.16* | | *Immediate Pay | $2,980.16 | $2,980.16 | $0.00 |
| 7. | BOA (4712 Castor- Stip.) | $167,500.00 | 4% ($558mo) | x 14 Months ($8,232) | $175,732.00 | $17,497.31 | $158,234.69 |
| 8. | HSBC | $0 | | | $0.00 | $0.00 | $0.00 |
| 9. | Ford Motor Credit | $2,140.00 | 2% ($4mo) | x 14 Months ($56) | $2,196.00 | $208.82 | $1,987.18 |
| 10. | Citibank, N.A., as trustee for the Wachovia Loan Trust, 2005-SD1 Asset-Backed Certificates, Series 2005-SD1 | $10,000.00 | 2%($17mo) | x 14 Months ($238) | $10,238.00 | $0.00 | $10,238.00 |
| 11. | PNC (2008 GMC Yukon) | $10,500.00 | 2% (17mo) | x 14 Months ($245) | $10,745.00 | $981.08 | $10,306.92 |
| | | **$218,143.76** | | **$8,848.00** | **$226,891.76** | **$43,540.97** | **$184,350.79** |

Debtor shall sell 4700-12 Castor Avenue for $230,000.00 and pay the balance owed to the Claim 7. Bank of America at the settlement table of **$158,234.69** to receive a satisfaction piece for both mortgages claimed. Debtor shall pay the remaining balance of the bankruptcy plan at the settlement table of **$18,327.54 plus 10% of 1,832.75** totaling **$20,160.29** to the trustee. The remaining proceeds of the sale of shall be disbursed to Debtor. The stipulation (doc 135 and order approving stipulation doc 137) are incorporated by reference)

Citibank, N.A., as trustee for the Wachovia Loan Trust, 2005-SD1 Asset-Backed Certificates, Series 2005-SD1 (Amended Claim 10) Shall file a satisfaction piece for any mortgage claimed on 516 Brookview Road, Exton, PA upon payment by the trustee as noted above.

Upon payment as indicated the Debtor shall be discharged.

*2/6/18          /s Franklin A. Bennett III*