## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Franklin Albert Bennett, III,                  Chapter 13
     Debtor.                                        Case No. 16-14281-elf

## ORDER

**AND NOW**, this day of _____, 2018, upon consideration of Debtors

Motion for Reconsideration of the Court Granting Motion for Relief from Stay RE: Property

Address 516 Brookview Road, Exton, PA 19341 NKA 516 Brookview Rd, Exton, PA 19341-

2407., and any response of thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

**BY THE COURT:**

_____
U.S.D.C.C.J. Eric L. Frank

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Franklin Albert Bennett, III,          Chapter 13
Debtor.                                        Case No. 16-14281-elf

### DEBTORS MOTION FOR RECONSIDERATION OF THE COURT GRANTING MOTION FOR RELIEF FROM STAY RE: PROPERTY ADDRESS 516 BROOKVIEW ROAD, EXTON, PA 19341 NKA 516 BROOKVIEW RD, EXTON, PA 19341-2407

Debtor hereby files the above captioned and states as follows:

1.      Debtor filed this Chapter 13 on June 14, 2016.

2.      On 12/6/16, Debtor filed on behalf of Creditor Citibank, N.A., as trustee for the Wachovia Loan Trust, 2005-SD1 Asset-Backed Certificates, Series 2005-SD1 a proof of claim for a property located at 516 Brookview Road, Exton, PA 19341 and incorrectly identified Creditor as CitiMortgage, Inc for a stated amount of $10,000.00.

3.      Citigroup is the parent company for Creditor Citibank, N.A. and for CitiMortgage, Inc

4.      Since 4/26/17, Creditor Citibank, N.A., as trustee for the Wachovia Loan Trust, 2005-SD1 Asset-Backed Certificates, Series 2005-SD1 has had notice of Debtors bankruptcy and has allowed debtor to build on the land subject to the claim.

5.      On 1/9/18 Creditor filed a motion for relief from the automatic stay for Debtor failing to provide for Creditor in his plan.

6.      On 2/6/18, the court granted the motion as debtor incorrectly listed CitiMortgage, Inc instead of Citibank, N.A..

7.      On 2/6/17, Debtor filed an amended proof of claim and amended schedule D correcting creditors name.

8.      On 2/6/17, Debtor filed a new proof of claim for Creditor Citibank, N.A., as trustee for the Wachovia Loan Trust, 2005-SD1 Asset-Backed Certificates, Series 2005-SD1

9.      On 2/6/17, file a Motion to Amend Plan correcting the name of the Creditor in its Eighth Amended Plan.

10.     On 2/6/17, Debtor filed a MOTION TO AMEND PROOF OF CLAIM #10 AND OR ALLOW PROOF OF CLAIM PAST DEADLINE CLAIM 13 seeking the Courts approval to either allow the amended proof of claim or allow the filing of a new claim after the claims deadline has passed.

11.     All documents and motions referenced are incorporated by reference.

WHEREFORE, Debtor request that his motion be granted.

Respectfully submitted,

*/s Franklin A. Bennett III*
Franklin A. Bennett III, Esq.  (201709)
Attorney and Debtor
4700-12 Castor Avenue
Philadelphia, PA 19124
215-744-5550 (office)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Franklin Albert Bennett, III,                  Chapter 13
Debtor.                                               Case No. 16-14281-elf

## CERTIFICATE OF SERVICE

I, Franklin A. Bennett III, hereby certify that on 2/6/18, a true and correct copy of the foregoing Motion was filed electronically and is available for viewing and downloading from the ECF system. I further certify that all parties of record are participants in, and will receive electronic service through the ECF system.

Further, I served **Citibank, N.A., as trustee for the Wachovia Loan Trust, 2005-SD1 Asset-Backed Certificates, Series 2005-SD1 via regular mail care of (c/o) the following:**

c/o WELLS FARGO BANK N A
3476 STATEVIEW BOULEVARD
FORT MILL, SC 29715

c/o Robert P. Wendt, Esq.
Phelan Hallinan, Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
robert.wendt@phelanhallinan.com
T: 412-745-0600 Ext. 37382
F: 412-745-0601

c/o Jerome B. Blank, Esquire
Senior Bankruptcy Associate
Phelan Hallinan Diamond & Jones, LLP
One Penn Center at Suburban Station
1617 JFK Blvd, Suite 1400
Philadelphia, PA 19103
(215) 563-7000 Ext 31625
(215) 568-7616 (fax)
jerome.blank@phelanhallinan.com

c/o Milstead & Associates, LLC
220 Lake Drive East, Ste 301
Cherry Hill, NJ 08002

Respectfully submitted,

**BENNETT & ASSOCIATES, LLC**

_**/s Franklin A. Bennett III**_
Franklin A. Bennett III, Esq.  (201709)
Attorney and Debtor
4700-12 Castor Avenue
Philadelphia, PA 19124
215-744-5550 (office)
866-297-6710 (fax)