IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | | |
|---|---|---|
| IN RE: | : | |
| FRANKLIN ALBERT BENNETT, III | : | BK. No. 16-14281-elf |
| **Debtors** | : | |
| | : | Chapter No. 13 |
| CITIBANK, N.A., AS TRUSTEE FOR WACHOVIA LOAN TRUST, 2005-SD1 ASSET-BACKED CERTIFICATES, SERIES 2005-SD1 | : | |
| **Movant** | : | |
| v. | : | 11 U.S.C. §362 AND §1301 |
| FRANKLIN ALBERT BENNETT, III LAWANDA A. JENNINGS AKA LAWANDA JENNINGS | : | |
| **Respondents** | : | |

## ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this 6th day of February, 2018, at **PHILADELPHIA**, upon Motion of **CITIBANK, N.A., AS TRUSTEE FOR WACHOVIA LOAN TRUST, 2005-SD1 ASSET-BACKED CERTIFICATES, SERIES 2005-SD1** (Movant), and after a hearing, and for the reasons stated in court, it is:

**ORDERED** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic Stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 516 BROOKVIEW ROAD, EXTON, PA 19341 NKA 516 BROOKVIEW RD, EXTON, PA 19341-2407 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that relief from any Co-Debtor Stay (if applicable) is hereby granted; and it is further;

~~**ORDERED** that Rule 4001(a)(3) is not applicable and **CITIBANK, N.A., AS TRUSTEE FOR WACHOVIA LOAN TRUST, 2005-SD1 ASSET-BACKED CERTIFICATES, SERIES 2005-SD1** may immediately enforce and implement this Order granting Relief from the Automatic Stay and Co-Debtor Stay; and it is further;~~

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE