United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 16-14281-elf
Franklin Albert Bennett, III Chapter 13
 Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2 User: YvetteWD Page 1 of 1 Date Rcvd: Feb 07, 2018
 Form ID: pdf900 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2018.
db +Franklin Albert Bennett, III, 1024 East Howell Street, Philadelphia, PA 19149-3616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2018 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2018 at the address(es) listed below:
 ALEXANDRA T. GARCIA on behalf of Creditor BANK OF AMERICA, N.A. ecfmail@mwc-law.com
 ANN E. SWARTZ on behalf of Creditor BANK OF AMERICA, N.A. ecfmail@mwc-law.com,
 ecfmail@mwc-law.com
 ANN E. SWARTZ on behalf of Creditor Bank of America, N.A. ecfmail@mwc-law.com,
 ecfmail@mwc-law.com
 CELINE P. DERKRIKORIAN on behalf of Creditor Bank of America, N.A. ecfmail@mwc-law.com
 DENISE ELIZABETH CARLON on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
 PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
 bkgroup@kmllawgroup.com
 FRANKLIN A. BENNETT, III on behalf of Debtor Franklin Albert Bennett, III frank@bennettlaw.us,
 robert@bennettlaw.us
 JAMES RANDOLPH WOOD on behalf of Creditor West Whiteland Township jwood@portnoffonline.com,
 jwood@ecf.inforuptcy.com
 JEROME B. BLANK on behalf of Creditor HSBC Bank Usa, N.A., As Trustee Etal paeb@fedphe.com
 JEROME B. BLANK on behalf of Creditor CITIBANK, N.A., AS TRUSTEE FOR WACHOVIA LOAN TRUST, ET
 AL. paeb@fedphe.com
 JOSEPH ANGEO DESSOYE on behalf of Creditor HSBC Bank Usa, N.A., As Trustee Etal
 paeb@fedphe.com
 MARIO J. HANYON on behalf of Creditor HSBC Bank Usa, N.A., As Trustee Etal paeb@fedphe.com
 NATHALIE PAUL on behalf of Creditor PNC Bank, NA. npaul@weltman.com, jbluemle@weltman.com
 PAMELA ELCHERT THURMOND on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov,
 james.feighan@phila.gov
 THOMAS I. PULEO on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
 PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
 United States Trustee USTPRegion03.PH.ECF@usdoj.gov
 WILLIAM C. MILLER on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
 philaecf@gmail.com
 WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
 TOTAL: 17

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| IN RE: | : |
| FRANKLIN ALBERT BENNETT, III | : BK. No. 16-14281-elf |
| **Debtors** | : |
| | : Chapter No. 13 |
| CITIBANK, N.A., AS TRUSTEE FOR WACHOVIA LOAN TRUST, 2005-SD1 ASSET-BACKED CERTIFICATES, SERIES 2005-SD1 | : |
| **Movant** | : |
| v. | : 11 U.S.C. §362 AND §1301 |
| FRANKLIN ALBERT BENNETT, III LAWANDA A. JENNINGS AKA LAWANDA JENNINGS | : |
| **Respondents** | : |

## ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW,** this 6th day of February, 2018, at **PHILADELPHIA**, upon Motion of **CITIBANK, N.A., AS TRUSTEE FOR WACHOVIA LOAN TRUST, 2005-SD1 ASSET-BACKED CERTIFICATES, SERIES 2005-SD1** (Movant), and after a hearing, and for the reasons stated in court, it is:

**ORDERED** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic Stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 516 BROOKVIEW ROAD, EXTON, PA 19341 NKA 516 BROOKVIEW RD, EXTON, PA 19341-2407 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that relief from any Co-Debtor Stay (if applicable) is hereby granted; and it is further;

~~**ORDERED** that Rule 4001(a)(3) is not applicable and **CITIBANK, N.A., AS TRUSTEE FOR WACHOVIA LOAN TRUST, 2005-SD1 ASSET-BACKED CERTIFICATES, SERIES 2005-SD1** may immediately enforce and implement this Order granting Relief from the Automatic Stay and Co-Debtor Stay; and it is further;~~

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**