**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     FRANKLIN ALBERT BENNETT, | : | |
| | : | |
|     Debtor | : | Bky. No. 16-14281 ELF |

# O R D E R

AND NOW, after an expedited hearing held on **February 15, 2018** in connection with four (4) motions filed by the Debtor, docketed at Nos. 161, 164. 166 and 168 (collectively, "the Motions"), and for the reasons stated in court, it is hereby **ORDERED** that the Debtor's request for preliminary relief is **DENIED WITHOUT PREJUDICE** to the Debtor's right to seek the relief requested in the Motions at the regularly scheduled hearing on **March 13, 2018**.

**Date: February 15, 2018**

                                            **ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**