United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-14281-elf
Franklin Albert Bennett, III                                        Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD              Page 1 of 1              Date Rcvd: Feb 15, 2018
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2018.
db             +Franklin Albert Bennett, III,    1024 East Howell Street,    Phladelphia, PA 19149-3616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2018 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
               bkgroup@kmllawgroup.com
              FRANKLIN A. BENNETT, III    on behalf of Debtor Franklin Albert Bennett, III frank@bennettlaw.us,
               robert@bennettlaw.us
              JAMES RANDOLPH WOOD    on behalf of Creditor    West Whiteland Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JEROME B. BLANK    on behalf of Creditor    HSBC Bank Usa, N.A., As Trustee Etal paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    CITIBANK, N.A., AS TRUSTEE FOR WACHOVIA LOAN TRUST, ET
               AL. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    HSBC Bank Usa, N.A., As Trustee Etal
               paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    HSBC Bank Usa, N.A., As Trustee Etal paeb@fedphe.com
              NATHALIE PAUL    on behalf of Creditor    PNC Bank, NA. npaul@weltman.com,    jbluemle@weltman.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 17

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
|     **FRANKLIN ALBERT BENNETT,** | : | |
| | : | |
|     **Debtor** | : | **Bky. No. 16-14281  ELF** |

# O R D E R

**AND NOW,** after an expedited hearing held on **February 15, 2018** in connection with four (4) motions filed by the Debtor, docketed at Nos. 161, 164.  166 and 168 (collectively, "the Motions"), and for the reasons stated in court, it is hereby **ORDERED** that the Debtor's request for preliminary relief is **DENIED WITHOUT PREJUDICE** to the Debtor's right to seek the relief requested in the Motions at the regularly scheduled hearing on **March 13, 2018**.

**Date: February 15, 2018**

                                          **ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**