Certificate Number: 14912-PAE-DE-030628009

Bankruptcy Case Number: 16-14281



14912-PAE-DE-030628009

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 26, 2018, at 6:03 o'clock PM EST, Franklin Bennett completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 26, 2018                By:    /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor