# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Franklin Albert Bennett, III, <br>     Debtor/ Movant. | : Chapter 13 <br> : Case No. 16-14281-elf <br> : |
| v. | : <br> : |
| Citibank, N.A., as trustee for the Wachovia Loan Trust, 2005-SD1 Asset-Backed Certificates, Series 2005-SD1 <br>     Respondents | : <br> : <br> : <br> : |

## ORDER

**AND NOW**, this **13th day of March 2018**, upon consideration of Debtors Motion to Determine Value of 516 Brookview Road, Exton, PA 19341, and any response of thereto, it is hereby **ORDERED** that the Motion is **DENIED for lack of prosecution**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

1