# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Franklin Albert Bennett, III,          Chapter 13
       Debtor.                                 Case No. 16-14281-elf

## ORDER

AND NOW, this **13th day of March, 2018**, upon consideration of Debtors Motion to Amend Plan and Reinstate Automatic Stay, and any response of thereto, it is hereby **ORDERED** that the Motion is **DENIED for lack of prosecution**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**