# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Franklin Albert Bennett, III,　　　　　　　Chapter 13
　　　　Debtor.　　　　　　　　　　　　　　　　Case No. 16-14281-elf

## ORDER

**AND NOW**, this **13th day of March, 2018**, upon consideration of Debtors Motion to Amend Proof of Claim And Or Allow Proof Of Claim Past Deadline Claim 13, and any response of thereto, it is hereby **ORDERED** that the Motion is **DENIED for lack of prosecution**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**