### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Franklin Albert Bennett, III,        Chapter 13
    Debtor.        Case No. 16-14281-elf

## ORDER

**AND NOW**, this **13th day of March 2018**, upon consideration of Debtors Motion for Reconsideration of the Court Granting Motion for Relief from Stay RE: Property Address 516 Brookview Road, Exton, PA 19341 NKA 516 Brookview Rd, Exton, PA 19341-2407., and any response of thereto, it is hereby **ORDERED** that the Motion is **DENIED for lack of prosecution**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

1