United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Franklin Albert Bennett, III  
    Debtor

Case No. 16-14281-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: YvetteWD    Page 1 of 1    Date Rcvd: Mar 14, 2018  
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2018.  
db    +Franklin Albert Bennett, III,   1024 East Howell Street,   Philadelphia, PA 19149-3616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2018    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2018 at the address(es) listed below:

    ALEXANDRA T. GARCIA   on behalf of Creditor   BANK OF AMERICA, N.A. ecfmail@mwc-law.com  
    ANN E. SWARTZ   on behalf of Creditor   BANK OF AMERICA, N.A. ecfmail@mwc-law.com, ecfmail@mwc-law.com  
    ANN E. SWARTZ   on behalf of Creditor   Bank of America, N.A. ecfmail@mwc-law.com, ecfmail@mwc-law.com  
    CELINE P. DERKRIKORIAN   on behalf of Creditor   Bank of America, N.A. ecfmail@mwc-law.com  
    DENISE ELIZABETH CARLON   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982) bkgroup@kmllawgroup.com  
    FRANKLIN A. BENNETT, III   on behalf of Debtor Franklin Albert Bennett, III frank@bennettlaw.us, robert@bennettlaw.us  
    JAMES RANDOLPH WOOD   on behalf of Creditor   West Whiteland Township jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
    JEROME B. BLANK   on behalf of Creditor   HSBC Bank Usa, N.A., As Trustee Etal paeb@fedphe.com  
    JEROME B. BLANK   on behalf of Creditor   CITIBANK, N.A., AS TRUSTEE FOR WACHOVIA LOAN TRUST, ET AL. paeb@fedphe.com  
    JOSEPH ANGEO DESSOYE   on behalf of Creditor   HSBC Bank Usa, N.A., As Trustee Etal paeb@fedphe.com  
    MARIO J. HANYON   on behalf of Creditor   HSBC Bank Usa, N.A., As Trustee Etal paeb@fedphe.com  
    NATHALIE PAUL   on behalf of Creditor   PNC Bank, NA. npaul@weltman.com, jbluemle@weltman.com  
    PAMELA ELCHERT THURMOND   on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov  
    THOMAS I. PULEO   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982) tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
    WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com

    TOTAL: 17

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Franklin Albert Bennett, III,   Chapter 13
    Debtor.   Case No. 16-14281-elf

# ORDER

**AND NOW**, this 1**3th day of March, 2018**, upon consideration of Debtors Motion to Amend Proof of Claim And Or Allow Proof Of Claim Past Deadline Claim 13, and any response of thereto, it is hereby **ORDERED** that the Motion is **DENIED for lack of prosecution**.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**