United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 16-14281-elf
Franklin Albert Bennett, III                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD        Page 1 of 1              Date Rcvd: Aug 14, 2018
                             Form ID: 195           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2018.
db              +Franklin Albert Bennett, III,   1024 East Howell Street,   Phladelphia, PA 19149-3616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2018 at the address(es) listed below:
          ALEXANDRA T. GARCIA   on behalf of Creditor   BANK OF AMERICA, N.A. ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          ANN E. SWARTZ   on behalf of Creditor   BANK OF AMERICA, N.A. ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          ANN E. SWARTZ   on behalf of Creditor   Bank of America, N.A. ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          CELINE P. DERKRIKORIAN   on behalf of Creditor   Bank of America, N.A. ecfmail@mwc-law.com
          DENISE ELIZABETH CARLON   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
           bkgroup@kmllawgroup.com
          FRANKLIN A. BENNETT, III   on behalf of Debtor Franklin Albert Bennett, III frank@bennettlaw.us,
           JAIME@BENNETTLAW.US
          JAMES RANDOLPH WOOD   on behalf of Creditor   West Whiteland Township jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          JEROME B. BLANK   on behalf of Creditor   HSBC Bank Usa, N.A., As Trustee Etal paeb@fedphe.com
          JEROME B. BLANK   on behalf of Creditor   CITIBANK, N.A., AS TRUSTEE FOR WACHOVIA LOAN TRUST, ET
           AL. paeb@fedphe.com
          JOSEPH ANGEO DESSOYE   on behalf of Creditor   HSBC Bank Usa, N.A., As Trustee Etal
           paeb@fedphe.com
          MARIO J. HANYON   on behalf of Creditor   HSBC Bank Usa, N.A., As Trustee Etal paeb@fedphe.com
          NATHALIE PAUL   on behalf of Creditor   PNC Bank, NA. npaul@weltman.com,   PitEcf@weltman.com
          PAMELA ELCHERT THURMOND   on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          THOMAS I. PULEO   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
           tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                               TOTAL: 17

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                    : Chapter 13


Franklin Albert Bennett, III                                 : Case No. 16−14281−elf
          Debtor(s)


### *ORDER*
_____


          AND NOW, this day , 14th of August 2018 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


          ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                                          By The Court


                                          Eric L. Frank
                                          Judge , United States Bankruptcy Court