Franklin Bennett
516 Brookview Road
Exton, Pennsylvania 19341
Date of Birth: 04/16/1975
SS#: 4764


Chapter 13 Bankruptcy,
US Bankruptcy Court of Eastern Pennsylvania,
Philadelphia, PA 19106


Re: Reported Bankruptcy
Date Filed/Reported: 6/14/2016
Reference#:   1614281
Closing Date: 7/12/2018

06/20/2022

To Whom It May Concern,

I am exercising my right under the Fair Credit Reporting Act, Section 609, to request information regarding a public record from your court appearing on my consumer credit report. I have disputed the item with the credit bureaus Experian, Equifax, and TransUnion - all of which confirmed that the public record was verified by you.

Please provide the procedure in which you report information specifically as it pertains to Experian, Equifax and Experian, as well as the method by which you verify information to Experian, Equifax or Transunion if they request it. I am not asking for information regarding PACER, LexisNexis, simply information pertaining to the credit bureaus themselves.

Thank you for your time and help in this matter.

Sincerely,


Franklin Bennett
516 Brookview Road
Exton, Pennsylvania 19341
Date of Birth: 04/16/1975
SS#: 4764

