| Timothy B. McGrath<br>Clerk of Court | **UNITED STATES BANKRUPTCY COURT**<br>EASTERN DISTRICT OF PENNSYLVANIA<br>Robert N.C. Nix Building<br>900 MARKET STREET<br>Suite 400<br>PHILADELPHIA, PA   19107-4299 | Clerk's Office<br>Telephone<br>(215) 408-2800<br><br>Divisional Office<br>Suite 103<br>201 Penn Street<br>Reading, PA 19601<br>(610) 208-5040 |

6-29-22

Franklin Albert Bennett III
516 Brookview Road
Exton, PA 19341

Re: Franklin Albert Bennett III

Dear Mr. Bennett,

This is in response to your recent letter regarding your credit report.  It is not the policy of the court to report to any credit agency, nor do we intercede with the removal of questionable reporting.

If you have any questions , you may contact us at 215-408-2800, extension 2368.

Very truly yours,

Timothy B. McGrath
Clerk of Court


BY:__Stacey D__

        Deputy Clerk