United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 16-14281-elf

Franklin Albert Bennett, III                                                        Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 12, 2022 | Form ID: 167 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2022:**

**Recip ID**        **Recipient Name and Address**
db        + Franklin Albert Bennett, III, 1024 East Howell Street, Phladelphia, PA 19149-3616

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2022            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2022 at the address(es) listed below:**

**Name**        **Email Address**

ALEXANDRA T. GARCIA
    on behalf of Creditor BANK OF AMERICA  N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

ANN E. SWARTZ
    on behalf of Creditor Bank of America  N.A. ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com

ANN E. SWARTZ
    on behalf of Creditor BANK OF AMERICA  N.A. ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com

CELINE P. DERKRIKORIAN
    on behalf of Creditor Bank of America  N.A. ecfmail@mwc-law.com

DENISE ELIZABETH CARLON
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY  PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982) bkgroup@kmllawgroup.com

FRANKLIN A. BENNETT, III
    on behalf of Debtor Franklin Albert Bennett  III frank@bennettlaw.us, JAIME@BENNETTLAW.US

District/off: 0313-2                          User: admin                                   Page 2 of 2

Date Rcvd: Jul 12, 2022                     Form ID: 167                                  Total Noticed: 1

JAMES RANDOLPH WOOD
                    on behalf of Creditor West Whiteland Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JEROME B. BLANK
                    on behalf of Creditor HSBC Bank Usa  N.A., As Trustee Etal paeb@fedphe.com

JEROME B. BLANK
                    on behalf of Creditor CITIBANK  N.A., AS TRUSTEE FOR WACHOVIA LOAN TRUST, ET AL. paeb@fedphe.com

JOSEPH ANGEO DESSOYE
                    on behalf of Creditor HSBC Bank Usa  N.A., As Trustee Etal paeb@fedphe.com

MARIO J. HANYON
                    on behalf of Creditor HSBC Bank Usa  N.A., As Trustee Etal wbecf@brockandscott.com, mario.hanyon@brockandscott.com

NATHALIE PAUL
                    on behalf of Creditor PNC Bank  NA. npaul@weltman.com, pitecf@weltman.com

PAMELA ELCHERT THURMOND
                    on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

THOMAS I. PULEO
                    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING
                    FINANCE AGENCY  PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982) tpuleo@kmllawgroup.com,
                    bkgroup@kmllawgroup.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
                    ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Franklin Albert Bennett, III
      Debtor(s)

Case No: 16−14281−elf

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Eric L. Frank , United States Bankruptcy Judge to consider:

Motion to Release Unclaimed Funds

on: 8/2/22

at: 01:00 PM

in: Courtroom #1, 900 Market Street, Philadelphia, PA
19107

For The Court

Date:  7/12/22

Timothy B. McGrath
Clerk of Court

213 − 212
Form 167