**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Franklin A. Bennett III**<br>       **Debtor,** | **: Bky. No. 16-14281-elf**<br><br>**Chapter 13** |

**ORDER**

AND NOW, upon consideration of the **DEBTOR'S MOTION TO RELEASE UNCLAIMED FUNDS** and, after a hearing, it is hereby **ORDERED** that

1. The Motion is **GRANTED**.

2. The Clerk of Court shall refund from the court registry the sum of **$10,238.00** to the Debtor, Franklin A. Bennett II, by check sent to the Debtor at the following address: 516 Brookview Rd, Exton Pa 1934.

Date: 8/3/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**