United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 16-14281-elf

Franklin Albert Bennett, III     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2

Date Rcvd: Aug 03, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Franklin Albert Bennett, III, 1024 East Howell Street, Phladelphia, PA 19149-3616 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor BANK OF AMERICA  N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| ANN E. SWARTZ | on behalf of Creditor Bank of America  N.A. ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com |
| ANN E. SWARTZ | on behalf of Creditor BANK OF AMERICA  N.A. ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor Bank of America  N.A. ecfmail@mwc-law.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY  PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982) bkgroup@kmllawgroup.com |
| FRANKLIN A. BENNETT, III | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 03, 2022 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Debtor Franklin Albert Bennett III frank@bennettlaw.us, JAIME@BENNETTLAW.US

JAMES RANDOLPH WOOD

on behalf of Creditor West Whiteland Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JEROME B. BLANK

on behalf of Creditor HSBC Bank Usa N.A., As Trustee Etal paeb@fedphe.com

JEROME B. BLANK

on behalf of Creditor CITIBANK N.A., AS TRUSTEE FOR WACHOVIA LOAN TRUST, ET AL. paeb@fedphe.com

JOSEPH ANGEO DESSOYE

on behalf of Creditor HSBC Bank Usa N.A., As Trustee Etal paeb@fedphe.com

MARIO J. HANYON

on behalf of Creditor HSBC Bank Usa N.A., As Trustee Etal wbecf@brockandscott.com, mario.hanyon@brockandscott.com

NATHALIE PAUL

on behalf of Creditor PNC Bank NA. npaul@weltman.com, pitecf@weltman.com

PAMELA ELCHERT THURMOND

on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

THOMAS I. PULEO

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982) tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 16

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Franklin A. Bennett III**<br>Debtor, | : Bky. No. 16-14281-elf<br>Chapter 13 |

# ORDER

AND NOW, upon consideration of the **DEBTOR'S MOTION TO RELEASE UNCLAIMED FUNDS** and, after a hearing, it is hereby **ORDERED** that

1. The Motion is **GRANTED**.
2. The Clerk of Court shall refund from the court registry the sum of **$10,238.00** to the Debtor, Franklin A. Bennett II, by check sent to the Debtor at the following address: 516 Brookview Rd, Exton Pa 1934.

Date: 8/3/22

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**